

FILED

08/31/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0419

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0419

STATE OF MONTANA,

Plaintiff and Appellee,

v.

ALAN J. ROYER,

Defendant and Appellant.

ORDER

Representing himself, Alan J. Royer has filed a verified Petition for an Out-of-Time Appeal, indicating that he discussed filing a timely appeal with his attorney, but that his attorney did not file it. He states that his attorney "declined" to file an appeal for him. Royer would like to "appeal based on ineffective assistance of counsel."

M. R. App. P. 4(6) allows this Court to grant an out-of-time appeal "[i]n the infrequent harsh case and under extraordinary circumstances amounting to a gross miscarriage of justice[.]"

We observe that Royer's Petition is signed and verified. His Petition, however, has a fatal flaw. His Petition has not been served upon opposing counsel—the County Attorney and the Attorney General—in compliance with pleadings for a criminal case filed with this Court. M. R. App. P. 10(2). Additionally, Royer's Petition should be "supported by affidavits, records, and other evidence establishing the existence of the extraordinary circumstances claimed." M. R. App. P. 4(6). Royer has not provided any information about his conviction, the sentencing court, or when he was sentenced. Accordingly,

IT IS ORDERED that Royer's Petition for an Out-of-Time Appeal is DISMISSED, without prejudice. Royer may prepare and file a verified Petition again, while providing more information about his criminal case, and serve his Petition on the opposing parties.

The Clerk is directed to provide a copy of this Order to counsel of record and to Alan J. Royer along with a copy of this Court's Appellate Handbook.

The Clerk is directed to provide a copy of this Order to counsel of record along with a copy of his Petition and to Alan J. Royer personally.

DATED this 31st day of August, 2021.

_____

_____

_____

_____

_____
Justices